UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>        v.<br><br>ESTATE OF DOUGLAS WISE; LAURIE WISE; CITY OF TACOMA; PIERCE COUNTY ASSESSOR; and BOEING EMPLOYEES' CREDIT UNION,<br><br>                        Defendants. | CASE NO. 3:21-cv-05197-TL<br><br>Order Regarding Motion to Amend Complaint |

This matter is before the Court on the United States' (the "Government") Motion to Amend Complaint. Dkt. No. 28. No party has opposed the Motion. Having considered the Motion and the relevant record, the Court finds oral argument unnecessary, Fed. R. Civ. P. 78(b), and finds good cause shown for an amendment of the complaint based on the arguments presented by the Government in its Motion pursuant to Federal Rule of Civil Procedure 15(a)(2).

ORDER REGARDING MOTION TO
AMEND COMPLAINT - 1

Accordingly, it is hereby ORDERED:

(1) The Government's Motion is GRANTED. The Government shall file the Amended Complaint **within five (5) days of this Order**.

(2) The Government is DIRECTED to serve this Order, the Amended Complaint, and a redline showing the changes made from the original Complaint on Defendant Laurie Wise, who has yet to appear in the case, by certified mail (or any other method through which delivery can be tracked and confirmed) to the following addresses associated with Ms. Wise (Dkt. No. 16):

> 5618 Green Hills Ave NE
> Tacoma, WA 98422
>
> 1911 SW Campus Drive #548
> Federal Way, WA 98023

(3) The Government is DIRECTED to file a proof of service within **fourteen (14) days** of filing the Amended Complaint, indicating whether service was completed on or whether any mail was returned as undeliverable as to Ms. Wise.

IT IS SO ORDERED.

Dated this 18th day of February 2022.

Tana Lin
United States District Judge