UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ESTATE OF DOUGLAS WISE et al.,<br><br>Defendant(s). | CASE NO. 3:21-cv-05197-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) This is a civil action brought by the United States to recover federal tax liabilities assessed against the Estate of Douglas Wise and Laurie Wise ("Individual Defendants") and to foreclose federal tax liens on certain real property located in Tacoma, Washington. Dkt. No. 32 at 1 (operative complaint). The other named Defendants in the action are those with potential interest in the real property or have been dismissed from this action. *Id.* at 2; Dkt. No. 8.

MINUTE ORDER - 1

(2) On June 21, 2022, upon the Government's request, the Clerk of the Court entered default against the Individual Defendants. Dkt. No. 38.

(3) Accordingly, it is hereby ORDERED as follows:

    (a)    The Government shall have **thirty (30) days** from the date of this Order to move for default judgment or other relief against the Individual Defendants.

    (b)    Absent such action, the Court may dismiss this case for failure to prosecute.

Dated this 25th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2