UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF DOUGLAS WISE et al.,<br><br>Defendants. | CASE NO. 3:21-cv-05197-TL<br><br>ORDER GRANTING MOTION TO VACATE AMENDED ORDER OF SALE AND RECEIVERSHIP |

This matter comes before the Court on Plaintiff the United States of America's motion to vacate its amended order of sale and the receivership of Jessie Early. Dkt. No. 60.

On September 13, 2023, the Court entered an Order Amending Order of Sale and Appointing Receiver ("Amended Order of Sale"). Dkt. No. 57. Plaintiff United States of America represents that it no longer intends to sell the property at issue due to receipt of a full payment of federal tax liabilities owed by the Estate of Douglas Wise and Laurie Wise after the entry of the Amended Order of Sale. Dkt. No. 60 at 2. Defendants have not filed any response or opposition to the motion.

Accordingly, the Court GRANTS Plaintiff's motion to vacate. The Court hereby:

1. VACATES the Amended Order of Sale (Dkt. No. 57); and

2. VACATES the appointment of Jessie Early as receiver (Dkt. No. 57).

Dated this 9th day of January 2024.

Tana Lin
United States District Judge